■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RAFAEL MARIA, Appellant.—Judgment, Supreme Court, New York County (Beatrice Shainswit, J.), rendered on March 20, 1984, unanimously affirmed.

Application by appellant's counsel to withdraw as counsel is granted. *(See, Anders v California,* 386 US 738; *People v Saunders,* 52 AD2d 833). We have reviewed this record and agree with appellant's assigned counsel that there are no

nonfrivolous points which could be raised on this appeal. Concur—Sullivan, J. P., Asch, Fein, Milonas and Ellerin, JJ.